UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.          ) | 4:17-CR-556 SNLJ (NAB) |
| **MARK TAYLOR,** ) | |
| ) | |
| Defendant. ) | |

## REQUEST TO JOIN DEFENDANT MARLON CALDWELL'S MOTION TO STRIKE THE INDICTMENT OR IN THE ALTERNATIVE FOR BILL OF PARTICULARS

    Comes now, Joseph M. Hogan, attorney for defendant, Mark Taylor and hereby requests leave of Court to join in defendant Marlon Caldwell's Motion to Strike the Indictment or in the Alternative for Bill of Particulars which was filed with this Court on August 31, 2018.  Counsel for Marlon Caldwell has been notified of said request and consents to same.

    Respectfully submitted,

    /S/  JOSEPH M. HOGAN
    Joseph M. Hogan, 47008MO
    Attorney for Defendant
    8008 Carondelet, Ste. 300
    Clayton, Missouri 63105
    (314) 863-9898 fax 863-5647

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered to:

United States Attorney's Office
111 South 10th Street

                                               St. Louis, Missouri 63102

This 12th day of September, 2018.

                                               /S JOSEPH M. HOGAN